No. 91–1677. COMMISSIONER OF INTERNAL REVENUE *v.* KEY-STONE CONSOLIDATED INDUSTRIES, INC. C. A. 5th Cir. Certiorari granted.

No. 91–1721. NORTHEASTERN FLORIDA CHAPTER OF THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA *v.* CITY OF JACKSONVILLE, FLORIDA, ET AL. C. A. 11th Cir. Certiorari granted.

No. 91–1729. UNITED STATES ET AL. *v.* TEXAS ET AL. C. A. 5th Cir. Certiorari granted.

No. 91–1833. RHOADES, DIRECTOR, INDIAN HEALTH SERVICE, ET AL. *v.* VIGIL ET AL. C. A. 10th Cir. Certiorari granted.

No. 91–2003. UNITED STATES *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari granted.

No. 91–2024. LAMB'S CHAPEL ET AL. *v.* CENTER MORICHES UNION FREE SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari granted.

No. 91–2051. SOUTH DAKOTA *v.* BOURLAND, INDIVIDUALLY AND AS CHAIRMAN OF THE CHEYENNE RIVER SIOUX TRIBE, ET AL. C. A. 8th Cir. Certiorari granted.

No. 91–2054. UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* LANDANO. C. A. 3d Cir. Certiorari granted.

No. 91–2086. GRANITE STATE INSURANCE CO. *v.* TANDY CORP. ET AL. C. A. 5th Cir. Certiorari granted.

No. 92–1. MOREAU ET AL. *v.* KLEVENHAGEN, SHERIFF OF HARRIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari granted.

No. 92–94. ZOBREST ET AL. *v.* CATALINA FOOTHILLS SCHOOL DISTRICT. C. A. 9th Cir. Certiorari granted.

No. 92–114. CARDINAL CHEMICAL CO. ET AL. *v.* MORTON INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari granted.